IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23CV-128-CRS

KENDRAH SANDERS					PLAINTIFF

v.				**NOTICE OF REMOVAL**

UofL HEALTH – LOUISVILLE, INC.
d/b/a UofL HEALTH – PEACE HOSPITAL,
UofL HEALTH, INC., UNIVERSITY of LOUISVILLE,
JESSICA DAWN CAMPBELL, MARTHA STRICKLAND MATHER,
AMANDA FLORENCE WHITLOW, and ALICIA ACLES LONG		DEFENDANTS

\* \* \* \* \*

Defendants, UofL Health – Louisville, Inc. d/b/a UofL Health – Peace Hospital, UofL Health, Inc., University of Louisville, Jessica Dawn Campbell, Martha Strickland Mather, Amanda Florence Whitlow, and Alicia Acles Long ("Defendants"), through counsel, give notice of the removal of this action from the Jefferson Circuit Court, Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. § 1441, *et seq.* The grounds for removal are as follows:

1. On April 15, 2022, a civil action (the "State Court Action") captioned *Kendrah Sanders v. University of Louisville Peace Hospital, Jessica Campbell, Martha Mather, and Amanda Florence*, Civil Action No. 22-CI-001858 was filed in Jefferson Circuit Court, Division Eight, Jefferson County, Kentucky (the "Complaint"). The Complaint was never served on any of the Defendants. On February 6, 2023, a motion for leave to file an amended complaint and to reissue service of process was filed in Jefferson Circuit Court, Division Eight, Jefferson County, Kentucky, along with a tendered "Amended Complaint," captioned *Kendrah Sanders v. UofL Health – Louisville, Inc. d/b/a UofL Health – Peace Hospital, UofL Health, Inc., University of Louisville, Jessica Dawn Campbell, Martha Strickland Mather, Amanda Florence Whitlow, and*

*Alicia Acles Long*, Civil Action No. 22-CI-001858 (the "Amended Complaint"). On February 14, 2023, the Jefferson Circuit Court, Division Eight, Jefferson County, Kentucky entered an Order granting the motion for leave to file the Amended Complaint, and the Amended Complaint was deemed filed as of that date.

2. Defendants UofL Health – Louisville, Inc. d/b/a UofL Health – Peace Hospital, UofL Health, Inc., Jessica Dawn Campbell, Amanda Florence Whitlow, and Alicia Acles Long were served the summons and Amended Complaint on February 24, 2023. Defendant University of Louisville was served on March 14, 2023. Defendant Martha Strickland Mather was served on March 3, 2023.

3. A copy of the Complaint, Amended Complaint, and motions and orders granting leave to file the Amended Complaint and for substitution of counsel, as well as the summons issued to each Defendant are attached as Exhibit A. The Amended Complaint stands as the operative pleading setting forth the claims for relief upon which this civil action is based. No proceedings other than those set forth herein have occurred in the State Court Action.

4. The State Court Action is one in which this Court, pursuant to 28 U.S.C. § 1331, has original federal question jurisdiction given Sanders' claim under 42 U.S.C. § 1983 asserting retaliation for speech in violation of the 1st and 14th Amendments to the United States Constitution. See Amended Complaint, ¶¶ 18, 140-156. Therefore, the State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441, *et seq.*

5. This Notice of Removal is being filed within 30 days of the service of the Amended Complaint upon Defendants pursuant to 28 U.S.C. § 1446(b).

6. True and correct copies of this Notice of Removal and accompanying exhibits and separate Notice of Filing of Notice of Removal will be served upon Sanders' counsel and filed

with the Clerk of the Jefferson Circuit Court, Jefferson County, Kentucky, on this date, in accordance with 28 U.S.C. § 1446(d).

7.  This Notice of Removal has been verified by counsel for Defendants, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure. All Defendants consent to the removal of this action.

WHEREFORE, Defendants respectfully notify this Court that the State Court Action has been removed to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

_____
Brent R. Baughman
Aaron Marcus
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, Kentucky 40202
(502) 589-4200

COUNSEL FOR DEFENDANTS,
UofL HEALTH – LOUISVILLE, INC. d/b/a UofL HEALTH – PEACE HOSPITAL, UofL HEALTH, INC., JESSICA DAWN CAMPBELL, AMANDA FLORENCE WHITLOW, and ALICIA ACLES LONG

and

_____"
Jeremy Rogers
DINSMORE & SHOHL LLP
2500 PNC Tower
Louisville, Kentucky 40202
(502) 540-2384
COUNSEL FOR DEFENDANT,
UNIVERSITY of LOUISVILLE

and

                                                   /s/                     

Beth Hendrickson McMasters
Jeffrey A. Calabrese
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
(502) 568-5424
COUNSEL FOR DEFENDANT,
MARTHA STRICKLAND MATHER

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Robyn Smith
    Adam Johnson
    Preston Spicer
    4350 Brownsboro Road, Suite 110
    Louisville, KY  40207
    COUNSEL FOR PLAINTIFF

                                                                
COUNSEL FOR DEFENDANTS

22726183.v2